**Opinion issued July 2, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-26-00644-CV**

———————————

**IN RE PINCHUS SHAPIRO, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Pinchus Shapiro, proceeding pro se, filed a petition for writ of mandamus alleging that the trial court abused its discretion and violated a "non-discretionary ministerial duty under Texas Rule of Civil Procedure 18a" by failing to either sign an order of recusal or sign an order referring the motion to the regional presiding judge. *See* TEX. R. CIV. P. 18a(f). Relator's petition requested that this Court issue a writ of mandamus directing the trial court "to vacate the unauthorized summary orders denying the Motion for Recusal[] and command the

[trial court] to comply with Texas Rule of Civil Procedure 18a by immediately referring the motion to the Regional Presiding Judge."

In connection with his petition for writ of mandamus, relator also filed an "Emergency Motion for Temporary Relief and Stay." In the motion, relator requested that the Court stay all proceedings in the underlying trial court cause pending this Court's review of his petition for writ of mandamus.

We conclude that relator has failed to establish he is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus. *See* TEX. R. APP. P. 9.5(a), 52.3(l)(1)(B), 52.7(a). We dismiss any pending motions, including relator's "Emergency Motion for Temporary Relief and Stay," as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.